Sammy W. COMPTON, Plaintiff–Appellant,

v.

Larry JARVIS, Warden, Bland Correctional Center, Defendant–Appellee.

No. 02–7152.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Sammy W. Compton, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Sammy W. Compton seeks to appeal the district court's order denying as untimely his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and dismiss the appeal for the reasons stated by the district court. *See Compton v. Jarvis,* No. CA–02–751–7 (W.D.Va. July 22, 2002). We deny a certificate of appealability. *See* 28 U.S.C. § 2253(c) (2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*